BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THANOUSONE VOLARAT,<br><br>Defendant, | CASE NO. 1:11-cr-00303-AWI-BAM<br><br>STIPULATION TO CONTINUE MOTION HEARING; VACATE TRIAL; EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

      Plaintiff United States of America, by and through its counsel of record BENJAMIN B. WAGNER, United States Attorney and LAUREL J. MONTOYA, Assistant U.S. Attorney, and defendant by and through his counsel of record, MARC DAYS, hereby stipulate as follows:

      1.      By previous order, this matter was set for hearing on motions on March 9, 2015 at 10:00 a.m. and the matter was set for jury trial on March 24, 2015 at 8:30 a.m.

      2.      By this stipulation, government moves to continue the motion hearing to May 18, 2015 at 10:00 a.m., or at a time convenient to the court, and to exclude time between March 9, 2015 and May 18, 2015, under 18 U.S.C.§ 3161(h)(1)(D). Defense counsel does not oppose this request.

      3.      By this stipulation, the parties agree to vacate the trial date currently set and set the matter for status conference on the date requested for the hearing on the motions, May 18, 2015 at 10:00 a.m.

1

4. The parties agree and stipulate, and request that the Court find the following:

    a. Both the government and the defense need additional time to prepare for trial and litigate the pending motions.

    b. Counsel for the government needs additional time to respond to the defense motions.

    c. The parties have agreed to extend the time for the government to respond and agree that the government's response is now due on April 13, 2015. The defendant's optional reply is now due May 11, 2015.

    d. The parties have agreed to continue the date for the hearing on the defendant's motions to May 18, 2015 at 10:00 a.m. and set a status conference hearing on that date.

    e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 9, 2015 to May 18, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D) because it results from a delay while motions are pending before the Court.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: March 5, 2015 | /s/ Laurel J. Montoya<br>LAUREL J. MONTOYA<br>Assistant United States Attorney |
| DATED: March 5, 2015 | /s/ Marc Days<br>MARC DAYS<br>Attorney for Defendant |

///
///
///
///
///
///

O R D E R

IT IS SO FOUND AND ORDERED that the briefing schedule set forth above is adopted, the March 24, 2015 jury trial is vacated as to Thanousone Volarat only, the hearing on the defendant Thanousone Volarat's motions is continued to May 18, 2015 at 10:00 a.m., and time is excluded pursuant to 18 U.S.C.§ 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: March 5, 2015

SENIOR DISTRICT JUDGE

3