BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00303-AWI-BAM<br>CASE NO. 1:13-CR-00197-AWI-BAM |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE<br>STATUS HEARING; EXCLUDABLE<br>TIME PERIODS UNDER SPEEDY |
| THANOUSONE VOLARAT, | TRIAL ACT; FINDINGS AND ORDER |
| Defendant, | |

Plaintiff United States of America, by and through its counsel of record BENJAMIN B. WAGNER, United States Attorney and LAUREL J. MONTOYA, Assistant U.S. Attorney, and defendant by and through his counsel of record, MARC DAYS, hereby stipulate as follows:

1. By previous order, this matter was set for status conference hearing October 13, 2015 at 1:00 p.m.

2. By this stipulation, the parties move to continue the status hearing to November 9, 2015 at 1:00 p.m., or at a time convenient to the court, and to exclude time between October 13, 2015 and November 9, 2015 under 18 U.S.C. § 3161(h)(1)(E) and (h)(7)(A) and (B)(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a. The court is unavailable on the date previously set by the parties – October 13, 2015;

b. Additional time is needed for defense investigation and preparation, plea negotiations, and a ruling by the 9th Circuit on related issues.

c. The parties have agreed to continue the date for the status conference to November 9, 2015;

d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 13, 2015 to November 9, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(E) and (h)(7)(A) and (B)(iv) because the ends of justice is served by granting the continuance and outweigh the best interests of the public and the defendant in a speedy trial, assures continuity of counsel, and gives the defense and government a reasonable time for effective preparation exercising due diligence.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: September 4, 2015 /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney

DATED: September 4, 2015 /s/ Marc Days
MARC DAYS
Attorney for Defendant T. Volarat

O R D E R

IT IS SO FOUND AND ORDERED that the STATUS CONFERENCE HEARING in each case is continued from October 13, 2015 to November 9, 2015 at 1:00 p.m. and time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(E) and (h)(7)(A) and (B)(iv). At the status conference, the parties shall be prepared to select a trial date.
IT IS SO ORDERED.

Dated: **September 8, 2015** /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE